UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILDER CHIROPRACTIC, INC., a Wisconsin Corporation, and as a representative of a class of similarly situated persons<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PIZZA HUT OF SOUTHERN WISCONSIN, INC.<br><br>　　　　Defendant. | Case No. 10CV229<br><br>Removed from:<br>Dane County Circuit Court<br>Case No. 10CV1467 |

## NOTICE OF REMOVAL

Defendant Pizza Hut of Southern Wisconsin, Inc. ("PHSW"), by and through its undersigned attorneys, respectfully submits this Notice of Removal (the "Notice") to the United States District Court for the Western District of Wisconsin, pursuant to 28 U.S.C. §§ 130(b), 1331, 1441 and 1446. In support of this Notice, PHSW respectfully states as follows:

　　　1.　　On or about March 19, 2010, Plaintiff Wilder Chiropractic, Inc. ("Plaintiff") initiated this civil action by filing a summons (the "Summons") and complaint (the "Complaint") in the Circuit Court of Dane County, State of Wisconsin, naming PHSW as Defendant.

　　　2.　　The Complaint, styled as *Wilder Chiropractic, Inc., v. Pizza Hut of Southern Wisconsin, Inc.*, was assigned Case No. 2010-CV-1467. No proceedings have occurred in the Dane County Circuit Court as of the date of this removal.

　　　3.　　The Summons and Complaint were purportedly served on PHSW on March 30, 2010.

4. Plaintiff's Complaint seeks recovery for itself and on behalf of "similarly situated persons" for (i) alleged violations of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and (ii) common law conversion.

5. Removal to this Court is authorized by 28 U.S.C. § 1441(a), which mandates that any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's TCPA claim because it arises under the laws of the United States. *See, e.g.*, *Brill v. Countrywide Home Loans, Inc.*, 427 F. 3d 446, 451 (7th Cir. 2005) (stating that a TCPA action may be removed to federal court because "the claim arises under federal law").

7. This Court has supplemental jurisdiction over Plaintiff's conversion claim because it is part of the same case or controversy as the TCPA claim; indeed, the conversion claim is predicated on the same factual allegations which form the basis of Plaintiff's TCPA claim. *See* 28 U.S.C. § 1367. Supplemental jurisdiction should not be refused because Plaintiff's conversion claim raises no novel or complex issue of state law, nor does it predominate over Plaintiff's federal TCPA claim. *See id.* § 1367(c).

8. Venue is proper in this Court as Dane County is within the territory of the United States District Court for the Western District of Wisconsin. *See id.* § 130(b).

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon PHSW are attached hereto as Exhibit A. Plaintiff has not requested a trial by jury.

10. Pursuant to U.S.C. § 1446(b), PHSW timely files this Notice of Removal within 30 days of service of Plaintiff's Summons and Complaint. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

11. Written notice of this Notice of Removal is being served upon Plaintiff and a copy of the Notice of Removal is being filed with the Circuit Court of Dane County, Wisconsin.

12. In the event Plaintiff moves for remand or this Court considers remand *sua sponte*, PHSW respectfully requests the opportunity to submit supplemental authority, evidence and argument in support of removal, as may be appropriate.

13. PHSW reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Defendant Pizza Hut of Southern Wisconsin, Inc., respectfully petitions that the above-entitled action be removed and transferred from the Circuit Court of Dane County, Wisconsin, to the United States District Court for the Western District of Wisconsin.

Dated this 29th day of April, 2010.

        Respectfully submitted,

        s/ Melissa S. Caulum
Ian A. J. Pitz, Esq. (SBN 1031602)
Melissa S. Caulum, Esq. (SBN 1056853)
David S. Almeida, Esq. (IL ADRC 6285557)

**MICHAEL BEST & FRIEDRICH LLP**
P.O. Box 1806
Madison, WI 53701-1806
Tel: (608) 257-3501
Fax: (608) 283-2275
iapitz@michaelbest.com
mscaulum@michaelbest.com

Two Prudential Plaza
180 North Stetson Avenue, Ste. 2000
Chicago, IL 60601
Tel: (312) 222-0800
Fax: (312) 222-0818
dsalmeida@michaelbest.com

*Attorneys for Pizza Hut of Southern Wisconsin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I caused true and correct copies of the Notice of Removal to be served on the following via federal express:

Charles H. Barr, Esq.  
Croen & Barr LLP  
250 E. Wisconsin Avenue, Suite 1550  
Milwaukee, WI 53202  

Brian J. Wanca, Esq.  
Anderson + Wanca  
3701 Algonquin Rd., Suite 760  
Rolling Meadows, IL 60008  

Phillip A. Bock  
Bock & Hatch, LLC  
134 N. La Salle St., Suite 1000  
Chicago, IL 60602  

/s/ Melissa S. Caulum  
Melissa S. Caulum, Esq.