IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILDER CHIROPRACTIC, INC.,
a Wisconsin corporation, and as a representative
of a class of similarly situated persons,                                                    ORDER

                 Plaintiff,

                                                                            10-cv-229-bbc

     v.

PIZZA HUT OF SOUTHERN WISCONSIN, INC.,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In a telephone conference with the court, counsel for both sides, Brian Wanca and David Almeida, advised the court that the parties have agreed to the terms of a proposed settlement of this action. They will submit the terms of the proposal to the court no later than January 28, 2011.

       In the meantime, all deadlines in the case are stayed.

       Entered this 11th day of January, 2011.

                                                                 BY THE COURT:
                                                                 /s/
                                                                BARBARA B. CRABB
                                                                District Judge